UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAWK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA BOARD OF PRISON HEARINGS,<br><br>　　　　Respondent. | No. 2:14-cv-2003 WBS KJN P<br><br><br>ORDER |

On September 9, 2014, petitioner was ordered to submit an application to proceed in forma pauperis or pay the filing fee. Petitioner did not respond to the order. On October 28, 2014, the undersigned recommended that this action be dismissed. On November 14, 2014, petitioner filed objections to the findings and recommendations. Petitioner states that he has sufficient funds in his trust account, and has requested that payment issue, but that the prison trust office has not yet disbursed such funds. Petitioner asks the district court to reject the findings and recommendations and grant plaintiff an extension of time to pay the filing fee. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. The October 28, 2014 findings and recommendations (ECF No. 4) are vacated;

　　2. Petitioner's request for an extension of time (ECF No. 5) is granted; and

////

////

1

1    3. Petitioner shall file pay the filing fee within thirty days from the date of this order.

2  Dated:  December 2, 2014

4  hawk2003.111

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2